AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LK DEPUTY

United States of America

v.

GILBERTO RUIZ,

Defendant

Case No. 2:26-mj-06359-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 12, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Kieran Schwartz
*Complainant's signature*

Kieran Schwartz, Special Agent-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2026

*Judge's signature*

City and state: Los Angeles, California

Hon. Daniel S. Roberts, U.S. Magistrate Judge
*Printed name and title*

AUSA: Michael G. Wheat

# AFFIDAVIT

I, Kieran Schwartz, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Gilberto RUIZ ("RUIZ"), for a violation of 18 U.S.C. § 1015(a) (False Statement under oath in Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that this is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been employed since May 2025. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code.

4. During my tenure as a Special Agent, I have completed approximately five months of instruction at the Federal Law

Enforcement Training Center in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add on training, Homeland Security Investigations Special Agent Training. I am currently assigned to Homeland Security Task Force – El Camino Real Cyber ("HSTF-ECR Cyber"), which is a cyber group that is responsible for investigating cybercrimes, cyber enabled crimes, and financial crimes related to illicit cryptocurrency and financial technology platforms.

## III. **STATEMENT OF PROBABLE CAUSE**

5. DHS records reveal that RUIZ was born on July XX, 1980, in Mexico, and is a native and citizen of Mexico, who entered the United States and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

6. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for RUIZ with fraud indicators that RUIZ is registered to vote, has voted, or both.

7. During the HSI investigation of RUIZ, Special Agents ("SAs") conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXX8245 in the name "RUIZ" with a date of birth of July XX, 1980, country of birth and citizenship as Mexico. This record includes a photograph of the person SAs recognize to be RUIZ. This recognition is

based on a comparison to other law enforcement photographs of RUIZ. This record also lists additional identifying information for RUIZ to include a probable current physical address: XXX03 Anata Pl, Palmdale, CA 93550, a telephone number ending in -6637, an email of gilbertruiz1980@XXXXXX.com, and date of birth of July XX, 1980.

8. DHS immigration documentation, specifically Form N-400 (Application for Naturalization) records for RUIZ, also lists his birth country and citizenship as Mexico, and contains a Social Security number ending in -2648.

9. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver’s license number XXXXX656 is associated with the name “RUIZ” and is associated with the address on XXX03 Anata Pl, Palmdale, CA 93550. The latest issue date of this record is 06/14/2022, and it contained a photograph which SAs believe depicts RUIZ based on SAs comparison to pictures of RUIZ. This record also shows a date of birth as July XX, 1980 and contains an image of RUIZ’s signature.




10. During the HSI investigation of RUIZ, SAs subpoenaed

the Los Angeles County Registrar's Office for Voter Registration Information for RUIZ associated with the address on XXX03 Anata Pl, Palmdale, CA 93550.

11. In September 2026, SAs received a certified voter registration application number 5XXXXX632, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "RUIZ" and lists the same address on XXX03 Anata Pl, Palmdale, CA 93550. Following a declaration under penalty of perjury warning, the voter registration application states "I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day".

12. The voter registration application is dated 07/07/2022.


JUL 18 2022

X

7 / 7 2022

13. The voter application also provided the following for RUIZ:

a. Date of birth as 07/XX/1980
b. Place of birth as Mexico
c. Phone number as XXX-XXX-2648

14. The signature supplied by the voter and attached to voter application number 5XXXXX632 is in the name of "RUIZ" and appears to match RUIZ's signature on his California driver's license dated 06/14/2022.

15. The records from the Los Angeles County Registrar's

Office show that RUIZ voted in the general election by mail-in ballot on or around November 8, 2022.

16. The records from the Los Angeles County Registrar's Office show that RUIZ voted in the Presidential Primary Election by mail-in ballot on or around March 5, 2024

17. The records from the Los Angeles County Registrar's Office show that RUIZ voted in the general election by mail-in ballot on or around November 5, 2024.

18. Additionally, SAs have reviewed DHS records to determine whether RUIZ has ever sought or obtained U.S. citizenship. To become a naturalized U.S. citizen an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show RUIZ is seeking naturalization and filed an N-400 application.

19. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "Yes" is checked.

1. Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No
2. Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☒ Yes ☐ No

20. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 08/12/2025.

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)

Gilberto Enrique Ruiz Hernandez

Date of Signature (mm/dd/yyyy)

08/12/2025

21. The Form N-400 Naturalization application also provided the following for RUIZ:

a. Alien Number as A-XXXXX8245
b. Date of birth as 07/XX/1980
c. Place of birth as Mexico
d. "SSN4" as -2648
e. Email as gilbertruiz1980@XXXXXX.com

22. Moreover, the DHS records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

//

//

//

## IV. CONCLUSION

23. Based on the forgoing, I believe this is probable cause to believe that RUIZ knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote, then subsequently lied about it in the naturalization application in violation of 18 U.S.C. § 1015(a).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of October 2026.

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE